IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division (Greenbelt)

| | |
|---|---|
| MAINSTREET BANK ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL EXCAVATING ) <br> CORPORATION, *et. al* ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:10-cv-02116 (AW) |

## DEFENDANTS' MOTION TO DISMISS

COME NOW Defendants William B. Finagin, Jr. ("Finagin") and National Wrecking Corporation ("NWC") (hereinafter collectively referred to as "Defendants"), by and through counsel, Seeger Faughnan Mendicino PC, pursuant to Rule 12(b)(3), and respectfully file this Motion to Dismiss the Complaint filed by Plaintiff MainStreet Bank ("Main Street").

The grounds for this motion are more fully set forth in the attached memorandum incorporated herein by reference.

Dated: September 1, 2010                        Respectfully submitted,

SEEGER FAUGHNAN MENDICINO PC

By:      /s/ Stephen M. Seeger
Stephen M. Seeger, #8986
Kristin E. Protas, #16931
Seeger Faughnan Mendicino, PC
2620 P Street, N.W.
Washington, D.C. 20007
Tel. (202) 822-8838
Fax. (202) 822-6982
Email: seeger@sfmlawfirm.com
Email: protas@sfmlawfirm.com

1

**Counsel for Defendants William B.
Finagin, Jr. and Defendant
National Wrecking Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2010, I will electronically file the foregoing Motion to Dismiss with the Clerk of the Court through the Court's CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to the following:

> Richard E. Hagerty, Esq.
> Troutman Sanders, LLP
> 1660 International Drive, Suite 600
> McLean, Virginia 22102
> **Counsel for MainStreet Bank**

> Joshua D. Heslinga, Esq.
> Troutman Sanders, LLP
> 1001 Haxall Point
> PO Box 1122
> Richmond, Virginia 23218-1122
> **Counsel for MainStreet Bank**

And I hereby further certify that a true and correct copy of the foregoing Motion to Dismiss was sent by first-class mail, postage prepaid on September 1, 2010 to:

> G. Rogers Smith, Trustee
> 125 Country Club Drive
> Covington, LA 70433
> **Resident Agent for Defendant NEC ESOT
> And Defendant**

                                              /s/ Stephen M. Seeger
                                     Stephen M. Seeger, #8986
                                     Kristin E. Protas, #16931
                                     Seeger Faughnan Mendicino, PC
                                     2620 P Street, N.W.
                                     Washington, D.C. 20007
                                     Tel. (202) 822-8838
                                     Fax. (202) 822-6982
                                     Email: seeger@sfmlawfirm.com
                                     Email: protas@sfmlawfirm.com