IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



MAINSTREET BANK
          Plaintiff,

vs.

          Civil Action No. 1:10-cv-01230
                        [TSE-JFA]

NATIONAL EXCAVATING CORPORATION,
*et al.*
          Defendants.

## ORDER GRANTING AGREED MOTION FOR BRIEFING SCHEDULE

This matter came before the Court on the joint motion of Plaintiff, MainStreet Bank, by counsel, and Defendants William B. Finagin, Jr. and National Wrecking Corporation ("Defendants"), by counsel, for a briefing schedule regarding Defendants' Motion for Summary Judgment that differs from that set forth by Local Rule 7(F)(1).

Upon consideration of the Motion, it appearing to the Court that the relief requested is consented to by the parties as evidenced by the representation of their counsel of record, and for good cause shown, it is hereby ORDERED that Plaintiff shall file its responsive brief and such supporting documents as are appropriate on or before May 3, 2011 and Defendants shall file their rebuttal brief on or before May 10, 2011.

It is so ORDERED.

The Clerk shall send an attested copy of this Order to all counsel of record.

Enter 4/19/11

_____
Judge

/s/
_____
T. S. Ellis, III
United States District Judge

SEEN AND AGREED:

/s/ Heather H. Lockerman
Richard E. Hagerty (VSB # 47673)
*Attorney for MainStreet Bank*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
(703) 734-4326
(703) 448-6520 (fax)
richard.hagerty@troutmansanders.com

Heather H. Lockerman (VSB# 65535)
Joshua D. Heslinga (VSB # 73036)
*Attorneys for MainStreet Bank*
Troutman Sanders LLP
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1277
Facsimile: (804) 698-6047
heather.lockerman@troutmansanders.com
joshua.heslinga@troutmansanders.com


/s/ Stephen M. Seeger
Stephen M. Seeger, VSB #40548
*Attorney for William B. Finagin, Jr. and National Wrecking Corporation*
Seeger Faughnan Mendicino, PC
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
seeger@sfmlawfirm.com

James J. Faughnan, VSB #31222
*Attorney for William B. Finagin, Jr. and National Wrecking Corporation*
Seeger Faughnan Mendicino, PC
21355 Ridgetop Circle, Suite 110
Dulles, VA 20166
Phone: (571) 434-7590
Fax: (571) 434-9006
faughnan@sfmlawfirm.com

2044136v1